156 A.3d 169

DONNA ROBERTS AND DAWN ABRAMS, PLAINTIFFS–
RESPONDENTS, v. CLIFORD S. MINTZ,
DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001563–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.